IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JENNIFER L. HART and
GEORGE HART,

     Plaintiffs,

vs.                                                                                    Case No: 26-CV-356

TARGET CORPORATION and
LIFE AND HEALTH BENEFITS PLAN
OF THE AMERICAN RED CROSS,

     Defendants.

---

## NOTICE OF REMOVAL

---

To:    Attorney Nicole R. Wells
       Bye, Goff & Rohde, Ltd.
       258 Riverside Drive
       River Falls, WI  54022

**PLEASE TAKE NOTICE** that Target Corporation, by its attorneys, CRIVELLO, NICHOLS & HALL, S.C., pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446, files this Notice of Removal with the court. The grounds for removal of this action are as follows:

1.     A civil action designated as Case No. 26-CV-145 has been commenced and is now pending in the Circuit Court for La Crosse County, Wisconsin, between the above-named parties.

2.     On March 13, 2026, the plaintiff filed the Summons and Complaint in the Circuit Court for La Crosse County, Wisconsin.  A true and correct copy of the Summons and Complaint is attached as **Exhibit A**.

3.     On March 24, 2026, the Summons and Complaint attached as Exhibit A were served on Defendant Target Corporation's registered agent for service of process, CT Corporation System. A true and correct copy of the service transmittal confirming the date of service is attached as **Exhibit B**.

4.     On April 17, 2026, Target Corporation filed its Answer and Affirmative Defenses in the Circuit Court for La Crosse County, Wisconsin, and served all parties who have appeared in Case No. 26-CV-145.  A true and correct copy of the Answer and Affirmative Defenses is attached as **Exhibit C**.

5.     The above-described action is a civil action for damages resulting from personal injury alleged to have arisen from actions arising in La Crosse County, Wisconsin when the plaintiff allegedly suffered a fall at the Target Store in the City of La Crosse, Wisconsin. (*See* Ex. A) Plaintiff alleges that she suffered injuries to her body as a result. (*See* Ex. A)

6.     The State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as it is a civil action wholly between citizens of different states, and the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases:

a.     Upon information and belief, plaintiff is a resident of and domiciled in the State of Wisconsin. The subrogated plaintiff, Life and Health Benefits Plan of The American Red Cross, is a foreign corporation with its principal place of business in Washington, DC. Defendant Target Corporation is a foreign corporation incorporated in Minneapolis, Minnesota with its principal place of business in Minneapolis, Minnesota. The aforementioned facts establishing diversity existed at the time of the original filing in State court, at the time of removal, and at the present time.

b.      Plaintiff is alleging that due to this incident she sustained a significant ankle injury which resulted in a surgery and significant medical expenses.

c.      Based upon the foregoing representation, Defendant has a reasonable belief that the amount in controversy in this matter exceeds Seventy Five Thousand Dollars ($75,000.00), exclusive of attorney's fees, interest, and costs.

d.      The case is properly venued in that plaintiff is within the jurisdiction of the Western District of Wisconsin, and that the alleged events or omissions that form the basis for plaintiff's claims occurred within the Western District of Wisconsin.

e.      This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

f.      Defendant consents to removal.

7.      Concurrent with the filing of this Notice of Removal, Defendant, by its attorneys, will notify all active parties and the Clerk of the Circuit Court for La Crosse County that this case is the subject of a petition for removal in the United States District Court for the Western District of Wisconsin, as required by 28 U.S.C. § 1446(d).

**JURY DEMAND**

1.      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant hereby demands trial by jury.

Dated this 17th day of April, 2026.

BY:/s/ Jeffrey T. Nichols
JEFFREY T. NICHOLS
State Bar No:  1001631
Attorney for Defendant Target
Corporation
CRIVELLO, NICHOLS & HALL, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI  53203
Ph: (414) 271-7722
Fax: (414) 271-4438
E-mail: jnichols@crivellolaw.com

3