FILED
03-13-2026
Clerk of Circuit Court
La Crosse County WI
2026CV000145
Honorable Elliott M Levine
Branch 2

STATE OF WISCONSIN
CIRCUIT COURT
LA CROSSE COUNTY

---

JENNIFER L. HART and GEORGE HART
306 Nieson Street
Bangor, WI 54614

Plaintiffs

v.

Case No.
Case Code: 30107
Case Type: PI - Other

TARGET CORPORATION
CT Corporation System
1010 Dale Street N.
St. Paul, MN 55117-5603

LIFE AND HEALTH BENEFITS PLAN OF THE AMERICAN RED CROSS
The American Red Cross
431 18th Street NW
Washington, DC 20006

Defendants

---

## SUMMONS

---

THE STATE OF WISCONSIN
To each Defendant named above:

You are hereby notified that the Plaintiffs named above have filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within forty-five (45) days of receiving this Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an Answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to the Court, at the courthouse for the county named above, and to Bye, Goff & Rohde, Ltd., Plaintiffs' attorneys, whose address is 258 Riverside Drive, PO Box 167, River

Falls, Wisconsin 54022. You may have an attorney help or represent you.

If you do not provide a proper Answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 13th day of March, 2026.

BYE, GOFF & ROHDE, Ltd.

*Electronically signed by Nicole R. Wells*
By: Nicole R. Wells, #1081523
Attorneys for Plaintiff(s)

258 Riverside Drive, BOX 167
River Falls, Wisconsin 54022
Telephone: (715) 425-8161
E-mail: nicolew@byegoff.com

FILED
03-13-2026
Clerk of Circuit Court
La Crosse County WI
2026CV000145
Honorable Elliott M Levine
Branch 2

STATE OF WISCONSIN
CIRCUIT COURT
LA CROSSE COUNTY

---

JENNIFER L. HART and GEORGE HART
306 Nieson Street
Bangor, WI 54614

Plaintiffs

v.

Case No.
Case Code: 30107
Case Type: PI - Other

TARGET CORPORATION
CT Corporation System
1010 Dale Street N.
St. Paul, MN 55117-5603

LIFE AND HEALTH BENEFITS PLAN OF THE AMERICAN RED CROSS
The American Red Cross
431 18th Street NW
Washington, DC 20006

Defendants

---

## COMPLAINT

---

Plaintiffs allege and complain as follows:

1. Plaintiffs Jennifer and George Hart reside at 306 Nieson Street, Bangor, Wisconsin 54614.

2. Defendant Target Corporation is an entity whose registered agent is CT Corporation System, 1010 Dale Street North, St. Paul, Minnesota 55117-5603.

3. At all times material hereto, Defendant Target Corporation was a self-insured entity.

4. Defendant Life and Health Benefits Plan of the American Red Cross, an entity whose registered agent is The American Red Cross, 431 18th Street NW, Washington, DC 20006, paid health care expenses and claims to be subrogated to Plaintiffs' rights for health care payments.

5. On October 16, 2024, in La Crosse County, Wisconsin, Plaintiff Jennifer Hart was injured as a result of a fall.

6. Said injuries were proximately caused by the negligence of Target Corporation and occurred as Plaintiff was pushing a shopping cart through the parking lot, and her foot got caught in a hole in the asphalt, causing her to fall.

7. As a proximate result of the negligence of Defendant Target Corporation, Plaintiff Jennifer Hart suffered personal injuries and has been damaged.

8. Plaintiff George Hart has been damaged including loss of marital property and has been deprived of the services, society, companionship and consortium of Jennifer Hart as a proximate result of her injuries.

9. Defendant Target Corporation was in violation of the Wisconsin Safe Place Statute 101.11 which was a contributing cause of Jennifer Hart's injuries.

WHEREFORE, judgment is demanded as follows:

(1) against the Defendants for damages and other relief in accordance with the allegations of the complaint;

(2) dismissing parties who may have claims based on subrogation or a right to reimbursement, and barring such parties from participating in any judgment or settlement in this action; and

(3) for costs, interest and such other relief the Court deems just and proper.

Dated this 13th day of March, 2026.

BYE, GOFF & ROHDE, Ltd.

<u>*Electronically signed by Nicole R. Wells*</u>
By: Nicole R. Wells, #1081523
Attorneys for Plaintiff(s)

258 Riverside Drive, BOX 167
River Falls, Wisconsin 54022
Telephone: (715) 425-8161
E-mail: nicolew@byegoff.com

A TWELVE-PERSON JURY IS REQUESTED